OPINION — AG — ** DUAL OFFICE HOLDING — COUNTY ATTORNEY ** A COUNTY ATTORNEY OF A COUNTY IS `NOT' ELIGIBLE TO BE APPOINTED TO, OR SERVE ON, A " SANITY COMMISSION ", SUCH AS IS REFERRED TO BY YOU. (DUAL OFFICE HOLDING — MENTAL HEALTH — SANITY HEARINGS) CITE: 51 O.S. 6 [51-6], 19 O.S. 181 [19-181], 19 O.S. 185 [19-185], 43A O.S. 54 [43A-54] (LEWIS A. WALLACE)